UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

MEDTRONIC, INC.,

                                     Plaintiff,

   -against-

BIOGEN MA INC.,

                                  Defendant.

_____

Case No.: 1:20-cv-10057-VSB

**COMPLAINT**

Plaintiff Medtronic, Inc. ("Medtronic"), by and through its attorneys, Hinckley, Allen & Snyder LLP, as and for its Complaint against Defendant Biogen MA Inc. ("Biogen") alleges as follows:

██████████

████████████████████████████████████

■ ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

■ ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████



■ ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████

■ ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████

████████████████████████████████████████





███████████████████████████████████████

■ ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████

■ █████████████████████████████████████



■ ████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████

■ ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████

■ ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████









DATED:    November 14, 2023
               Albany, New York

HINCKLEY, ALLEN & SNYDER LLP

By:

Christopher V. Fenlon (CF6305)
Janelle A. Pelli (JP0616)
30 South Pearl St., Suite 901
Albany, NY 12207-3492
T: 518-396-3100
F: 518-396-3101
E: cfenlon@hinckleyallen.com
    jpelli@hinckleyallen.com

*Attorneys for Plaintiff Medtronic, Inc.*