UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDTRONIC, INC.,

                          Plaintiff,

-against-

BIOGEN MA INC.,

                          Defendant.

Case No.: 1:23-cv-10057-VSB

**CORPORATE DISCLOSURE STATEMENT**

---

## PLAINTIFF MEDTRONIC, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Medtronic, Inc. ("Medtronic"), by its undersigned counsel, states: Medtronic plc is a public company that indirectly wholly owns and is the ultimate parent of Medtronic, Inc.; no other publicly traded company owns 10% or more of its stock; and Medtronic Inc. is a citizen of the State of Minnesota.

DATED:    November 2, 2023
                Albany, New York

**HINCKLEY, ALLEN & SNYDER LLP**

By:   /s/ Christopher V. Fenlon
       Christopher V. Fenlon
       Janelle A. Pelli
       30 South Pearl St., Suite 901
       Albany, NY 12207-3492
       T: 518-396-3100
       F: 518-396-3101
       E: cfenlon@hinckleyallen.com
          jpelli@hinckleyallen.com

*Attorneys for Plaintiff Medtronic, Inc.*