IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTRONIC, INC.,<br><br>        *Plaintiff*,<br><br>v.<br><br>BIOGEN MA INC.,<br><br>        *Defendant.* | Case No. 1:23-cv-10057-VSB<br><br>**NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, by and through their undersigned attorneys, Defendant in the above captioned action will move this Court, before the Honorable Vernon S. Broderick, Judge of the United States District Court for the Southern District of New York, at the Thurgood Marshall United States District Courthouse, located at 40 Foley Square, New York, New York 10007, for an order dismissing the Complaint (ECF No. 1), pursuant to Federal Rules of Civil Procedure 12(b)(6) and for such other further relief as the Court finds just or proper.

Dated: New York, New York
      December 11, 2023

GLENN AGRE BERGMAN & FUENTES LLP

By:   /s/ *Olga L. Fuentes-Skinner*
     Olga L. Fuentes-Skinner
     Evan McCants-Goldman

1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
T: 212-970-1600
ofuentes@glennagre.com
emccants.goldman@glennagre.com

*Attorneys for Defendant*