UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
       :
MEDTRONIC, INC.,       :
       :
          Plaintiff,   :
       :   23-CV-10057 (VSB) (KHP)
    - against -   :
       :   **ORDER**
BIOGEN MA INC.,       :
       :
          Defendant.  :
       :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On March 11, 2025, I issued an Opinion & Order sealed at the selected party level, viewable only to the Court and the parties. (*See* Doc. 36.) The Opinion & Order directed the parties to submit a joint proposed unredacted version of the O&O, and directed Plaintiff to file its proposed partially redacted complaint, on the public docket within fourteen (14) days. (*Id*. at 13.) To date, the parties have not submitted these materials. I note, however, that the parties are currently involved in settlement discussions, and the deadline for Defendant to respond to the complaint is now July 11, 2025. (*See* Doc. 43.) Accordingly, it is hereby:

      ORDERED that the parties shall comply with my directives in the Opinion & Order, or file a short letter indicating they do not object to unsealing of the Opinion & Order, no later than July 11, 2025. Failure to do so will result in unsealing of the Opinion & Order in its entirety.

SO ORDERED.

Dated: May 30, 2025
      New York, New York

                                         Vernon S. Broderick
                                         United States District Judge